**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| GEORGE CARLTON ALEXANDER, JR., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-1247 |
| | ) | Judge Trauger |
| COMDATA NETWORK, INC., | ) | Magistrate Judge Knowles |
| | ) | |
| Appellee. | ) | |

## O R D E R

On March 13, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 8), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Bankruptcy Court's grant of summary judgment to appellee Comdata Network, Inc. is **AFFIRMED**.

It is so **ORDERED.**

Enter this 29th day of April 2014.

_____
ALETA A. TRAUGER
United States District Judge